Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
Zachary Horwitz
DEFENDANT

CASE NUMBER: 2:21-MJ-01631-Duty

USMS#

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 04/06/2021  6:35  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 1343 Wire fraud

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: ____

7. Year of Birth: 1986

8. Defendant has retained counsel:  ☐ No  ☒ Yes  Name: Ryan Hedges   Phone Number: 312-320-8387

9. Name of Pretrial Services Officer notified: emailed pretrial services

10. Remarks (if any): ____

11. Name: John Verrastro (please print)

12. Office Phone Number: 310 678 3810

13. Agency: FBI

14. Signature: John Verrastro

15. Date: 4/6/2021

CR-64 (06/20)   REPORT COMMENCING CRIMINAL ACTION