1 | TRACY L. WILKISON
Acting United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
4 | DAVID H. CHAO (Cal. Bar No. 273953)
Assistant United States Attorneys
5 | Major Frauds Section
1100 United States Courthouse
6 | 312 North Spring Street
Los Angeles, California 90012
7 | Telephone: (213) 894-1259/4586
Facsimile: (213) 894-0141
8 | E-mail:   alexander.schwab@usdoj.gov
david.chao@usdoj.gov
9 |
Attorneys for Plaintiff
10 | UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

APR − 6 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

11 |                    UNITED STATES DISTRICT COURT

12 |               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,            No. 2:21-mj-01631

14 |            Plaintiff,               GOVERNMENT'S NOTICE OF REQUEST FOR
DETENTION
15 |            v.

16 | ZACHARY JOSEPH HORWITZ,

17 |            Defendant.

18 |

19 |      Plaintiff, United States of America, by and through its counsel

20 | of record, hereby requests detention of defendant and gives notice of

21 | the following material factors:

22 | ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

23 |         following grounds:

24 |    ☐  a.   present offense committed while defendant was on release

25 |            pending (felony trial),

26 |    ☐  b.   defendant is an alien not lawfully admitted for

27 |            permanent residence; and

28 |

☐  c.   defendant may flee; or

☐  d.   pose a danger to another or the community.

☒  2.   Pretrial Detention Requested (§ 3142(e)) because no
        condition or combination of conditions will reasonably
        assure:

   ☒  a.   the appearance of the defendant as required;

   ☒  b.   safety of any other person and the community.

☐  3.   Detention Requested Pending Supervised Release/Probation
        Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.
        § 3143(a)):

   ☐  a.   defendant cannot establish by clear and convincing
           evidence that he/she will not pose a danger to any
           other person or to the community;

   ☐  b.   defendant cannot establish by clear and convincing
           evidence that he/she will not flee.

☐  4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.
        § 3142(e)):

   ☐  a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")
           (46 U.S.C. App. 1901 et seq.) offense with 10-year or
           greater maximum penalty (presumption of danger to
           community and flight risk);

   ☐  b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
           2332b(g)(5)(B) with 10-year or greater maximum penalty
           (presumption of danger to community and flight risk);

   ☐  c.   offense involving a minor victim under 18 U.S.C.
           §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

1        if federal jurisdiction were present, or a combination

2        or such offenses;

3    ☐  e.  any felony not otherwise a crime of violence that

4        involves a minor victim or the possession or use of a

5        firearm or destructive device (as defined in 18 U.S.C.

6        § 921), or any other dangerous weapon, or involves a

7        failure to register under 18 U.S.C. § 2250;

8    ☒  f.  serious risk defendant will flee;

9    ☐  g.  serious risk defendant will (obstruct or attempt to

10       obstruct justice) or (threaten, injure, or intimidate

11       prospective witness or juror, or attempt to do so).

12   ☐ 6.  Government requests continuance of _____ days for detention

13       hearing under § 3142(f) and based upon the following

14       reason(s):

15

16       _____

17       _____

18       _____

19  //   _____

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1    ☐  7.    Good cause for continuance in excess of three days exists in

2              that:

3

4              _____

5              _____

6              _____

7              _____

8    Dated: April 6, 2021               Respectfully submitted,

9                                        TRACY L. WILKISON
                                         Acting United States Attorney
10
                                         BRANDON D. FOX
11                                       Assistant United States Attorney
                                         Chief, Criminal Division
12

13                                       _____
                                         ALEXANDER B. SCHWAB
14                                       DAVID H. CHAO
                                         Assistant United States Attorneys
15
                                         Attorneys for Plaintiff
16                                       UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28