FOR REFERENCE ONLY: 20210601917

RECORDING REQUESTED BY

Susan M. Kozlowski

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
255 East Temple Street, Ste. TS-134
LOS ANGELES, CALIFORNIA 90012



FILED
APR 2 2021

AB29107

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this **4/12/21** between **Susan M. Kozlowski, Trustee of the Susan M. Kozlowski Revocable Living Trust dated January 8, 2010** herein called TRUSTOR, whose address is **441 S. Barrington Ave #311, Los Angeles CA 90049** and First Corporate Solutions, Inc. herein called TRUSTEE; and **Clerk, U.S. District Court, Central District of California**, herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS :State of California, County of **Los Angeles**

See attached exhibit "A" for legal description

**ACCOMODATION**

Common Address:  **441 S. Barrington Ave #311, Los Angeles CA 90049**    APN# **4401-010-091**

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) **Zachary Horwitz** in Case No **21-MJ-1631-1** which includes an obligation by said Trustor(s) surety(ies) in the amount of  $ **1,000,000.00**

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | 8/18/1964 | #2865 | Sacramento | 71-10-26 615 | | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 8-18-64 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | Series 5 1964 | 149774 | | | |

CR-5 (04/04)          **SHORT FORM DEED OF TRUST**

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

x _Susan M. Kozlowski_ x
Susan M. Kozlowski, Trustee of the Susan M. Kozlowski
Revocable Living Trust dated January 8, 2010

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of     Los Angeles

On     4/12/21     before me     A. Escobar     , a notary public, personally appeared
**Susan M. Kozlowski**
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_

Signature of Notary Public

(Notary Seal)

A. ESCOBAR
Notary Public - California
Los Angeles County
Commission # 2276787
My Comm. Expires Mar 4, 2023

REQUEST FOR FULL CONVEYANCE
To be used only when note has been paid.

To _____ , Trustee   Dated _____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (04/04)                          SHORT FORM DEED OF TRUST

# Exhibit "A"

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

**A CONDOMINIUM COMPRISED OF:**

**PARCEL 1:**

A) AN UNDIVIDED 1/45 INTEREST IN AND TO LOT 1 OF TRACT NO. 68072, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1387, PAGES 53 THROUGH 55, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 101 THROUGH 111, INCLUSIVE, 201 THROUGH 211, INCLUSIVE, 301 THROUGH 312, INCLUSIVE, AND 401 THROUGH 411, INCLUSIVE, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED DECEMBER 10, 2015 AS INSTRUMENT NO. 20151553986, OFFICIAL RECORDS

B) UNIT 311 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

**PARCEL 2:**

AN EXCLUSIVE EASEMENT FOR PARKING STALL PURPOSES OVER THOSE AREAS BEARING THE UNIT NUMBER DESIGNATION FOLLOWED BY THE LETTER "P" OR "C" AS SHOWN AND DEFINED AS EXCLUSIVE USE COMMON AREA ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

**PARCEL 3:**

AN EXCLUSIVE EASEMENT FOR BALCONY AREA PURPOSES OVER THOSE AREAS BEARING THE UNIT NUMBER DESIGNATION FOLLOWED BY THE LETTER "B" AS SHOWN AND DEFINED AS EXCLUSIVE USE COMMON AREA ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

This page is part of your document - DO NOT DISCARD

**20210601917**



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

**04/16/21 AT 08:00AM**

Pages: 0004

| | |
|---|---:|
| FEES: | 53.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 150.00 |
| PAID: | 203.00 |

This is to certify that the attached is a true and correct copy of the Short Form Deed of Trust And Assignment of Rents recorded 4/16/21 as Instrument No. 601917 in book_____ page_____ Official Records.

Lawyers Title Insurance Corporation

By _____

**LEADSHEET**

202104160280018

00020313170

012091415

SEQ:
01

SECURE - 8:00AM

**THIS FORM IS NOT TO BE DUPLICATED**

E452320

E08_210415_8